UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| GALLANT INDUSTRIAL SERVICES, INC. | ) | Case No. C-1-02-179 |
| | ) | |
| Plaintiff, | ) | (Judge Dlott) |
| | ) | |
| -v- | ) | |
| | ) | **NOTICE OF FILING DEPOSITION** |
| COOLANT CONTROL, INC. | ) | |
| | ) | |
| Defendant. | ) | |

Plaintiff Gallant Industrial Services, Inc. hereby gives notice of the filing of the deposition of Ed Altounian taken on August 8, 2003. This deposition contains confidential designations and is being filed under seal pursuant to the Stipulated Protective Order entered on July 17, 2002.

Respectfully submitted,

____/s/ Daniel E. Izenson_____
Daniel E. Izenson (0047086)
Sue A. Haverkos (0066639)
1400 Provident Tower
One East Fourth Street
Cincinnati, Ohio 45202
Tel: (513) 579-6480
Fax: (513) 579-6457
dizenson@kmklaw.com
shaverkos@kmklaw.com
Attorneys for Plaintiff
Gallant Industrial Services, Inc.

OF COUNSEL:

KEATING, MUETHING & KLEKAMP, P.L.L.
1400 Provident Tower
One East Fourth Street
Cincinnati, Ohio 45202
(513) 579-6400

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of September, 2003, a copy of the foregoing Notice of Filing Deposition was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

    /s/ Daniel E. Izenson
    Daniel E. Izenson

1139176.1