UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

GALLANT INDUSTRIAL SERVICES, INC.,

                Case Number:  1:02cv179-SJD

    V.

COOLANT CONTROL, INC.,               District Judge Susan J. Dlott

NOTICE

**TAKE NOTICE** that the TRIAL in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| Potter Stewart U.S. Courthouse<br>100 East Fifth Street<br>Cincinnati, Ohio 45202 | Room 836 |
| | DATE AND TIME<br>MONDAY, MAY 24, 2004 at 9:30 A.M. |

SPECIAL INSTRUCTIONS:

                JAMES BONINI, CLERK

                ___s/Stephen Snyder_____
                Stephen Snyder
                Case Manager
                (513) 564-7633

---

You can obtain all the pretrial procedures and forms used by the Judge by visiting our website at

www.ohsd.uscourts.gov

Click on Judges and then on Procedures and Forms beside the Judge's address.

If you do not have the ability to access the Website for the Judge's procedures and forms, please contact me.