IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

GALLANT INDUSTRIAL SERVICES, INC.,

        Case Number: 1:02cv179-SJD

vs.

        District Judge Susan J. Dlott

COOLANT CONTROL, INC.,

NOTICE

The TRIAL previously scheduled for JULY 19, 2004 is hereby VACATED.

JAMES BONINI, CLERK

   s/Stephen Snyder
Stephen Snyder
Case Manager
(513) 564-7633