IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| GALLANT INDUSTRIAL SERVICES, INC., : | |
| : | |
| Plaintiff(s) : | |
| : | Case Number: 1:02cv179-SJD |
| vs. : | |
| : | District Judge Susan J. Dlott |
| COOLANT CONTROL, INC., : | |
| : | |
| Defendant(s) : | |

ORDER

This matter is before the Court upon the filing of a motion in limine by the plaintiff (Doc. 37). Orders in limine which exclude broad categories of evidence are disfavored in this Circuit. The Sixth Circuit in <u>Sperberg v. Goodyear Tire & Rubber Co.</u>, 519 F.2d 708, 712 (6th Cir. 1975), stated that the better practice is to deal with questions of admissibility of evidence as they arise. For this reason, the Court, in its Trial Procedures for Civil Cases, has set the deadlines of ten business days before the commencement of trial for the filing of motions in limine and five business days before the commencement of trial for the filing of the responses.

Accordingly, the motion in limine in this case is hereby DENIED without prejudice to resubmission at the appropriate time.

IT IS SO ORDERED.

\_\_\_s/Susan J. Dlott_____
Susan J. Dlott
United States District Judge