AO 456s (Rev. 8/01) Notice

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

GALLANT INDUSTRIAL SERVICES, INC.,

             Case Number: 1:02cv179-SJD

   V.

COOLANT CONTROL, INC.,           District Judge Susan J. Dlott

## NOTICE

**TAKE NOTICE** that a SCHEDULING CONFERENCE in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| Potter Stewart U.S. Courthouse<br>100 East Fifth Street<br>Cincinnati, Ohio 45202 | Room 836 |
| | DATE AND TIME |
| | September 22, 2004 at 1:00 p.m. |

SPECIAL INSTRUCTIONS:

Each party need have only one attorney appear at this conference. However, they must bring the calendar of all attorneys who also represent that party. Clients need not attend.

                      JAMES BONINI, CLERK

                      ____s/Stephen Snyder_____
                      Stephen Snyder
                      Case Manager
                      (513) 564-7633

---

You can obtain all the pretrial procedures and forms used by the Judge by visiting our website at

                      www.ohsd.uscourts.gov

Click on Judges and then on Procedures and Forms beside the Judge's address.

If you do not have the ability to access the Website for the Judge's procedures and forms, please contact me.