# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

Gallant Industrial Services, Inc.,

          V.

Coolant Control, Inc.,

Case Number:   1:02cv179

District Judge Susan J. Dlott

## NOTICE

**TAKE NOTICE** that a Final Pretrial Conference in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| Potter Stewart U.S. Courthouse<br>100 East Fifth Street<br>Cincinnati, Ohio 45202 | Room 829 |
| | DATE AND TIME |
| | November 3, 2004 at 1:30 PM |

SPECIAL INSTRUCTIONS:

JAMES BONINI, CLERK

    s/Vicki Penley
Vicki Penley
Administrative Assistant
(513) 564-7631