UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Gallant Industrial Services, Inc.,
    Plaintiff(s),

    v.                                  Case No. 1:02cv179
                                          (Watson, J.)

Coolant Control, Inc.,
    Defendant(s).

**NOTICE**

    Please take notice that the above-captioned case has been set for a scheduling conference before the Honorable Michael H. Watson:

        Tuesday, November 9, 2004, at 11:15 am
        Room 740 Potter Stewart U.S. Courthouse

                                  Michael H. Watson
                                  United States District Judge


                                  _s/Barbara A. Crum_
                                  Courtroom Deputy

cc:    All Counsel
bac    October 27, 2004