# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

Gallant Industrial Services, Inc.,
    Plaintiff(s),

v.                                      Case No. 1:02cv179
                                           (Watson, J.)

Coolant Control, Inc.,
    Defendant(s).

## CALENDAR ORDER

Pursuant to a status/scheduling conference held this date, this matter shall proceed as follows:

Bench Trial: **January 25-27, 2005, at 10:00 am, courtroom to be determined.**

IT IS SO ORDERED.

                                                               Michael H. Watson
                                                               United States District Judge

November 9, 2004

bac