UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Gallant Industrial Services, Inc.,
    Plaintiff(s),

v.

Case No. 1:02cv179
(Watson, J.)

Coolant Control, Inc.,
    Defendant(s).

## CIVIL MINUTES
### STATUS CONFERENCE

**HONORABLE MICHAEL H. WATSON, U.S. DISTRICT JUDGE**

**COURTROOM DEPUTY:** Barbara Crum
**LAW CLERK:** Grace Royalty
**COURT REPORTER:**
**DATE:** January 4, 2005      **TIME:** 12:00 pm – 12:10pm

**Attorney for Plaintiff(s):** _____
Daniel Izenson

**Attorney for Defendant(s):** _____
Bryan E. Pacheco

### PROCEDURES

✓ Counsel Present.

✓ Order to issue.

**Remarks:**
1/21/05 -- Exhibits to be delivered
1/21/05 -- Cross Trial briefs due

– Court to contact E.D. KY to confirm use of Courtroom 4 East in the Eastern District of KY.