UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

Gallant Industrial Service,
    Plaintiff

Case No. 1:02cv179
(Watson, J.)

v.

Coolant Control, Inc.,
    Defendant.

### ORDER

A trial will be held in this matter on **January 25, 2005 at 1:30 p.m.** at the United States Courthouse, Eastern District of Kentucky, Visiting Judge's Courtroom, Fourth Floor, 35 West Fifth Street, Covington, Kentucky.

Counsel shall review and comply with the Court's procedures for a civil trial to the Court, which are set forth at www.ohsd.uscourts.gov/fpWatson.htm. However, as discussed in the January 4, 2005 phone conference in this matter, the parties shall submit one set of exhibits to Chambers by January 21, 2005. In addition, trial briefs are due by January 21, 2005. Trial briefs may be submitted to the Court electronically via the Court's email address, watson_chambers@ohsd.uscourts.gov.

As the trial in this matter is proceeding at the United States Courthouse in Covington, Kentucky, the proponent of any exhibit which will be discussed by a witness or utilized during opening or closing statements should be prepared to use the Court's visual presentation system. The presentation system is designed to display the exhibit

simultaneously to the parties, the witnesses, and the Court. Although there is a witness monitor, some witnesses have difficulty reading from the same; therefore, an extra copy to hand the witness should be readily available. First-time users of the system should contact the Clerk's office at (859) 392-7925 to make arrangements to learn the system before the start of trial.

**SO ORDERED.**

_____
Michael H. Watson, Judge
United States District Court