# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| Gallant Industrial Service,<br>　　Plaintiff | Case No. 1:02cv179<br>(Watson, J.) |
| v. | |
| Coolant Control, Inc.,<br>　　Defendant. | |

## ORDER

The Court having been notified that the parties have reached a settlement, the trial in this matter, previously scheduled to begin on January 25, 2005 at 1:30 p.m., is hereby **CANCELLED**.

It is **ORDERED** that this action is hereby **DISMISSED** with prejudice. It is provided that any of the parties may, upon good cause shown within one hundred twenty (120) days from their trial date of January 25, 2005, reopen the action if settlement is not consummated.

The Court retains jurisdiction over the settlement contract for the purpose of its enforcement.

**SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　　　_/s/ Michael H. Watson_
　　　　　　　　　　　　　　　　　　　　　　　　　Michael H. Watson, Judge
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Court