**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **GALLANT INDUSTRIAL SERVICES, INC.** ) | **Case No. C-1-02-179** |
| ) | |
| **Plaintiff,** ) | **(Judge Michael H. Watson)** |
| ) | |
| -v- ) | |
| ) | **STIPULATED FINAL ENTRY OF** |
| **COOLANT CONTROL, INC.** ) | **DISMISSAL WITH PREJUDICE** |
| ) | |
| **Defendant.** ) | |

Pursuant to Federal Civil Rule 41(a)(2), and the Court being duly advised, Plaintiff Gallant Industrial Services, Inc. ("Plaintiff") and Defendant Coolant Control, Inc. ("CCI") stipulate and agree that all claims raised in the above-referenced matter are hereby dismissed, with prejudice, in accordance with the terms of the Settlement Agreement and Mutual Release entered into between the parties dated January 28, 2005.

It is further stipulated and agreed that each party bear its own costs of Court, if any.

IT IS SO ORDERED.

Dated: _2/7/2005_

_____
Michael H. Watson, Judge
United States District Court

- 2 -

STIPULATED AND AGREED TO:


/s/ Daniel E. Izenson
Daniel E. Izenson (0047086)
Sue A. Haverkos (0066639)
1400 Provident Tower
One East Fourth Street
Cincinnati, Ohio 45202
Tel: (513) 579-6480
Fax: (513) 579-6457
dizenson@kmklaw.com
shaverkos@kmklaw.com

*Attorneys for Plaintiff*
*Gallant Industrial Services, Inc.*



/s/ Bryan E. Pacheco by Daniel E. Izenson (per telephone authorization 2/4/05)
Mark A. VanderLaan  (0013297)
Bryan E. Pacheco  (0068189)
Dinsmore & Shohl, L.L.P.
1900 Chemed Center
255 East Fifth Street
Cincinnati, Ohio  45202
Tel:  (513) 977-8200
Fax: (513) 977-8141
vanderla@dinslaw.com
pacheco@dinslaw.com

*Attorneys for Defendant*
*Coolant Control, Inc.*



1393494.1