UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Gallant Industrial Services, Inc.,
    Plaintiff(s),

v.

Coolant Control, Inc.,
    Defendant(s).

Case Number: 1:02cv179
**Termination Date**: January 21, 2005

### NOTICE OF COUNSEL

I hereby acknowledge receipt of exhibits and depositions filed in the above-styled case.

Plaintiff's Depositions:
    Garry C. Ferraris
    Jorg D. Costa

7/15/05
DATE
bac    July 15, 2005

Counsel for the Plaintiff