**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

Gallant Industrial Services, Inc.,
    Plaintiff(s),

    v.

                                      Case Number:   1:02cv179
                                      **Termination Date**:   January 21, 2005

Coolant Control, Inc.,
    Defendant(s).

**NOTICE OF COUNSEL**

I hereby acknowledge receipt of exhibits and depositions filed in the above-styled case.

    Defendant's Depositions:
        Andrew Gallant, Junior
        Andrew Gallant, Senior
        Thomas Patrick Gallant


7/19/05 _____                                        *Jennifer Stark (for M. Vandateran)*
DATE                                                          Counsel for the Defendant
bac    July 14, 2005